**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS UNITED, <br> 1006 Pennsylvania Avenue, S.E. <br> Washington, DC 20003 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF STATE, <br> 2201 C Street, N.W. <br> Washington, D.C. 20520 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 15-cv-1720 |

**COMPLAINT**

Plaintiff Citizens United brings this action against Defendant the United States Department of State ("State Department") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiff alleges the following:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

**PARTIES**

3. Plaintiff Citizens United is a Virginia non-stock corporation with its principal place of business in Washington, D.C.  Citizens United is organized and operated as a non-profit membership organization that is exempt from federal income taxes under Section 501(c)(4) of the U.S. Internal Revenue Code.  Citizens United seeks to promote social welfare through informing and educating the public on conservative ideas and positions in issues, including

national defense, the free enterprise system, belief in God, and the family as the basic unit of society. In furtherance of those ends Citizens United produces and distributes documentary films on matters of public importance. Citizens United regularly requests access to the public records of federal government agencies, entities, and offices, to disseminate its findings to the public through its documentary films.

4. Defendant, the United States Department of State, is an agency of the United States Government and is headquartered at 2201 C Street N.W., Washington, D.C. 20520. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. Citizens United routinely submits Freedom of Information Act requests and this matter concerns a FOIA request letter that Defendant has failed to respond to.

6. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to Citizens United's FOIA requests within twenty working days of each request.

7. With regard to each of Citizens United's FOIA request, the statutory deadline has passed and Defendant has failed to provide a substantive response to Citizens United's FOIA request. In fact, as of the date of this Complaint, Defendant has failed to produce a single responsive record or assert any claims that responsive records are exempt from production.

8. Seven months have passed since Defendant received Citizens United's FOIA request. Despite having been granted expedited processing, in that time Defendant has not indicated whether or when any responsive records will be produced. In short, Defendant has failed to comply with Citizens United's request for documents.

9. When left to their own devices State Department bureaucrats have taken over three years to respond to Citizens United's FOIA requests. *See Eg.* Exhibit A (FOIA Response

Letter).  Such extensive delays are in clear violation of both the letter and the spirit of the Freedom of Information Act.

10. Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i) Citizens United is deemed to have fully exhausted any and all administrative remedies with respect to its FOIA requests.  5 U.S.C. § 552(a)(6)(C).

**A.    CITIZENS UNITED'S MARCH 4, 2015 FOIA REQUEST**

11. On March 4, 2015 Citizens United submitted a FOIA request, online, to Defendant.  *See* Exhibit B (FOIA Request Letter).  The request sought:

> This is a request under the Freedom of Information Act. According to public reporting, Secretary Hillary Clinton maintained a private schedule. During Secretary Clinton's tenure, Lona Valmoro and Linda Dewan served as the Secretary's schedulers. The records I request can be described as follows: Any and all records, in any format, that concern, mention, or reference a schedule, appointment, event, appearance, or any other anticipated commitment of presence or communication be it known by any other name, of former Secretary of State Hillary Clinton that was created by, sent by, and/or sent to, Secretary Clinton and/or the Secretary's schedulers Lona Valmoro and/or Linda Dewan. Where exemptions to the Freedom Of Information Act are discretionary, I ask you not withhold such records, even if they might qualify for withholding under the law. If you withhold any records as exempt, please redact the exempted portions and release the remainder of the records. Please release all reasonably segregable material. In any case where you withhold any records, please explain in writing any such denial.

12. Citizens United limited its request to responsive records created between January 21, 2009 and February 1, 2013.

13. Citizens United, as a member of the media, requested expedited processing of this FOIA request.

14. Defendant acknowledged receipt of Citizens United's FOIA request, granted Citizens United's request for expedited processing, and assigned it Case Control Number F-2015-04628, in a letter dated April 8, 2015.  *See* Exhibit C (FOIA Acknowledgement Letter).

15. While the State Department properly recognized Citizens United's status as a member of the news media by granting it expedited processing, this label has provided no discernible benefit. In seven months, despite having been placed in the so-called expedited queue, Citizens United has yet to receive a single document that is responsive to its FOIA request.

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

16. Plaintiff realleges paragraphs 1 through 15 as though fully set forth herein.

17. Defendant has failed to make a determination regarding Citizens United's March 4, 2015 FOIA request (F-2015-04628) for records pertaining to Secretary Hillary Clinton's schedule within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

18. Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## PRAYER FOR RELIEF

19. WHEREFORE, Plaintiff Citizens United requests that the Court grant all appropriate relief for the violation alleged above, including:

   a. An order and judgment requiring the Defendant to conduct a search for any and all responsive records to Citizens United's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Citizens United's requests;

   b. An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to Citizens United's FOIA

requests and a *Vaughn* index of any responsive records withheld under claim of exemption;

c. An order and judgment permanently enjoining Defendants from continuing to withhold any and all non-exempt records responsive to Citizens United's FOIA requests;

d. Attorneys' fees and costs pursuant to any applicable statute or authority, including 5. U.S.C. § 552(a)(4)(E); and

e. Any other relief that this Court in its discretion deems just and proper.

Dated: October 19, 2015            Respectfully submitted,

           CITIZENS UNITED

/s/ *R. Christian Berg*
Ralph Christian Berg
D.C. Bar No. 496321
chris@chrisberglaw.com
1006 Pennsylvania Avenue, S.E.
Washington, DC 20003
(202) 547-5420

*Attorney for Plaintiff*