IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>                      Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE,<br><br>                      Defendant. | Civil Docket No. 1:15-CV-01720-RMC |

**DEFENDANT'S MOTION FOR AN EXTENSION**

       Defendant, the United States Department of State ("State"), by and through undersigned counsel, respectfully moves for an extension of time of three weeks to produce responsive, non-exempt portions of the "Trip Book" discussed in the parties' March 4, 2016, joint status report and for the parties to submit an additional joint status report. In support of this motion, Defendant states as follows:

       1.     This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Plaintiff Citizens United submitted a FOIA request to Defendant United States Department of State ("State" or the "Department") on March 4, 2015. That request sought access to the following:

> Any and all records, in any format, that concern, mention, or reference a schedule, appointment, event, appearance, or any other anticipated commitment of presence or communication be it known by any other name, of former Secretary of State Hillary Clinton that was created by, sent by, and/or sent to, Secretary Clinton and/or the Secretary's schedulers Lona Valmoro and/or Linda Dewan.

*See* ECF No. 5-1. The time period of the request was January 21, 2009 through February 1, 2013. *Id.*

2. Citizens United filed the instant action on October 19, 2015, and State filed its answer on November 25, 2015. *See* ECF Nos. 1, 5.

3. In the course of negotiating an initial joint scheduling proposal, Citizens United submitted what it considered to be a narrowed request seeking:

> Any and all records, in any format, that concern, mention, or reference any meeting or appointment (whether in person or by other means, and whether scheduled or attempted to be scheduled) of former Secretary of State Hillary Clinton during the below-listed trips, that were created by, sent by, and/or sent to, Secretary Clinton and/or the Secretary's schedulers Lona Valmoro and/or Linda Dewan.

*See* ECF No. 6 at 3. Citizens United then provided a list of approximately ninety trips. *See id.*

4. At a January 19, 2016 hearing, the Court ordered State, *inter alia*, to search for the Trip Books — collections of records compiled in advance of, and for use on, a specific trip taken by former Secretary of State Hillary Rodham Clinton — for the trips Plaintiff identified in its modified request. It ordered the parties, no later than March 4, to meet and confer and file a joint proposed schedule for production of the trip books. *Id.* Later, in a February 9 hearing, the Court ordered State "to search the emails of schedulers Lona Valmoro and Linda Dewan for the period from November 3, 2012 through December 7, 2012, for references in the body of the emails to meetings and requests to schedule meetings with Secretary Clinton for any time from December 3, 2012 through December 7, 2012 when Secretary Clinton traveled to Ireland, Northern Ireland, Belgium, and the Czech Republic." *See* Feb. 9, 2016 Minute Order.

5. In a March 4 submission, State reported that it had compiled the existing trip books as per the Court's January 19, 2016, minute order, that the trip books vary significantly in length, totaling 24,901 pages in all, and that the trip book for the December 3-7, 2012 trip to Ireland, Northern Ireland, Belgium, and the Czech Republic is 912 pages long.

6.      In that March 4 report, the parties proposed that State would first produce responsive, non-exempt portions of the e-mails relating to the December 3-7, 2012 trip by April 20, 2016 and non-exempt portions of the Trip Book for that trip by May 20, 2016 and that the parties would submit to the Court a new joint status report, containing a scheduling proposal, by June 6, 2016.

7.      As explained in greater detail in the attached Declaration of Eric F. Stein, Acting Co-Director of the Office of Information Programs and Services ("IPS") for State (the "Stein Declaration"), upon beginning its review of the Trip Book, IPS learned that the documents contained therein were particularly complex. Upon review of the contents of the Trip Book, IPS determined that, on the trip in question, former-Secretary Clinton engaged in numerous activities with representatives of multiple foreign governments and other parties. As a consequence, almost every page of this Trip Book requires internal clearance, often with more than one bureau in the Department. Following the internal clearance process, many documents also require consultation with other agencies.

8.      As further explained in the Stein Declaration, the internal clearance process is underway, and all contents of the Trip Book that require internal clearance are currently with the relevant bureaus or offices. The external consultation process continues too. IPS has undertaken great efforts to streamline its process; nevertheless, as a result of the scrutiny applied to these records, IPS is unable to meet its current deadline of May 20.

9.      IPS projects that it will be able to complete its review of the Trip Book, including preparing all segregable information for production, on June 10, 2016.

10. State thus requests an extension of its deadline for producing the Trip Book to June 10, 2016, and, consequently, an extension of the deadline to submit a joint status report from June 6 to June 27.

11. State regrets that it is not able to produce responsive, non-exempt portions of the Trip Book by today's deadline, but "forcing the agency to produce all requested records on an impracticably brief deadline raises a significant risk of harm to the public and private interests served by the thorough processing of responsive agency records prior to their ultimate production." *Daily Caller v. U.S. Dep't of State*, — F. Supp. 3d —, No. CV 15-1777 (BAH), 2015 WL 9907802, at *11 (D.D.C. Dec. 8, 2015).

12. Pursuant to Local Civil Rule 7(m), undersigned counsel has consulted with Plaintiff's counsel, who represented that Plaintiff opposes this motion.

Dated: May 20, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
U.S. Attorney for the District of Columbia

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

  */s/ Bailey W. Heaps*
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov

*Counsel for Defendant*