IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>             Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE,<br><br>             Defendant. | Civil Docket No. 1:15-CV-01720-RMC |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel and pursuant to the Court's order of January 17, 2017, submit the following joint status report:

1. On June 27, 2016, the parties submitted a joint filing proposing that the State Department ("State") conduct searches for emails sent or received by former Secretary of State Hillary Clinton's scheduler, Lona Valmoro, relating to several international trips Secretary Clinton undertook during her tenure at State. *See* ECF No. 11 ¶ 9(e) (setting out the current list of trips for which searches are to be conducted).[1] In that filing, the parties described agreed-upon search parameters and proposed that State "process records at a pace of 500 pages every four weeks and make productions every four weeks." *Id.* ¶ 10.

2. On June 28, 2016, the Court entered a Minute Order "requiring State to make its first production of documents pursuant to the parties' joint status report . . . no later than August 30, 2016, with subsequent productions to be made every four weeks."

---

[1] The previous history of this matter is described in greater detail in the June 27, 2016 joint filing. *See* ECF No. 11 ¶¶ 1-8.

3. On October 14, 2016, the parties filed a joint status report describing State's processing and production of documents pursuant to the June 2016 Minute Order. *See* ECF No. 12.

4. On October 17, 2016, the Court entered a Minute Order "requiring the parties to file a joint status report no later than January 16, 2017."

5. On January 13, 2017, the parties filed a joint status report describing State's processing and production of documents since the filing of the October 14, 2016 joint status report. *See* ECF No. 13.

6. On January 17, 2017, the Court entered a Minute Order "requiring the parties to submit a joint status report no later than April 13, 2017 and every 90 days thereafter."

7. On April 13, July 12, and October 10, 2017, the parties filed joint status reports describing State's processing and production of documents since the filing of the January 13, 2017 joint status report. *See* ECF Nos. 15, 16, 17.

8. Since the parties filed the October 10, 2017, joint status report, State has continued to process at least 500 pages per month and produce documents. On October 24, 2017, State made a production. It reported to Citizens United that its processing had yielded five responsive documents, of which two were released in full and three were released in part. The production totaled five pages.

9. State made its next production on November 21, 2017. It reported to Citizens United that its processing had yielded 18 responsive documents, of which 4 were released in full, 12 were released in part, and 2 were withheld in full. The production totaled 33 pages.

10. State made its next production on December 15, 2017. It reported to Citizens United that its processing had yielded four responsive documents, of which three were released in full and one was released in part. The production totaled six pages.

11. State's next production is due January 16, 2018. The parties agree that State will continue processing and producing documents in accordance with the Court's orders.

12. The parties' next joint status report, pursuant to the Court's January 2017 Minute Order, is due April 9, 2018.

Dated: January 8, 2018

CITIZENS UNITED

/s/ Matthew D. McGill
Matthew D. McGill (D.C. Bar No. 481430)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530 9662
mmcgill@gibsondunn.com

*Counsel for Plaintiff Citizens United*

Respectfully submitted,

BRETT A. SHUMATE
Deputy Assistant Attorney General

JESSIE K. LIU
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Joseph E. Borson
JOSEPH E. BORSON
Virginia Bar No. 85519
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-1944
Facsimile: (202) 616-8460
E-mail: joseph.borson@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018, I caused the foregoing to be filed using the Court's CM/ECF system, which will send a notice of the filing to all counsel of record.

*/s/ Matthew D. McGill*